1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America

**FILED**
JUL 03 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE: COMPLANT AUTHORIZING ARREST OF:

Fernando Hernandez-Hernandez

CASE NO. 1:18MJ 00103 SKO

SEALING ORDER

**UNDER SEAL**

The United States having applied to this Court for an order permitting it to file under seal the complaint and complaint affidavit, and its application to seal in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the complaint and complaint affidavit, application to seal and this Order in the above-entitled proceedings, shall remain under seal and shall not be disclosed pending further order of this Court.

Dated: July 3, 2018

_____
The Honorable Sheila K. Oberto
United States Magistrate Judge

SEALING ORDER                                          1